[Civil No. 539.]

HENRIETTA MINING AND MILLING COMPANY, Plaintiff in Error, v. J. F. GARDNER, Defendant in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Yavapai. J. D. Bethune, Judge.

Reversed. 173 U. S. 123, 43 L. Ed. 637, 19 Sup. Ct. 327.

J. F. Wilson, for Plaintiff in Error.

Robert E. Morrison, and Herndon & Norris, for Defendant in Error.

February 23, 1897. Affirmed.

---

[Civil No. 548.]

NORTON MARSHALL, Appellant, v. PETER T. BURTIS, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

Affirmed. 172 U. S. 630, 43 L. Ed. 579, 19 Sup. Ct. 290.

Thomas Armstrong, Jr., and W. H. Stilwell, for Appellant.

Fitch & Campbell, for Appellee.

February 23, 1897. Affirmed.